DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-0099 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ALBERTO ARELLANES FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for August 30, 2011 shall be continued to October 18, 2011 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | September 13, 2011 |
| Government's Opposition due: | October 4, 2011 |
| Defendant's Reply due: | October 11, 2011 |
| Non-Evidentiary Hearing: | October 18, 2011 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through August 30, 2011. Defense counsel has had other matters in trial and/or in trial preparation; and, as a result counsel has been behind on filing the motions in this case which requires additional time. The parties stipulate that the foregoing justifies an exclusion of time between August 30, 2011 and

STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE...

October 18, 2011, within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of counsel).

Dated: August 24, 2011                      /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ALBERTO ARELLANES FELIX

Dated: August 24, 2011                      BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 30, 2011 to and including October 18, 2011 , shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

It is so ordered.

Dated: August 30, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT