| | |
|---|---|
| 1 | DAVID W. DRATMAN |
|   | Attorney at Law |
| 2 | State Bar No. 78764 |
|   | 1007 7th Street, Suite 305 |
| 3 | Sacramento, California 95814 |
|   | Telephone: (916) 443-2000 |
| 4 | Facsimile: (916) 443-0989 |
|   | Email: dwdratman@aol.com |
| 5 | |
|   | Attorney for Defendant |
| 6 | ALBERTO ARELLANES FELIX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-07-0099 LKK |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | ) | |
| ALBERTO ARELLANES FELIX, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for October 18, 2011 shall be continued to December 6, 2011 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | November 1, 2011 |
| Government's Opposition due: | November 22, 2011 |
| Defendant's Reply due: | November 29, 2011 |
| Non-Evidentiary Hearing: | December 6, 2011 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through October 18, 2011. Defense counsel has had other matters in trial and/or in trial preparation; and, as a result counsel has been behind on filing the motions in this case which requires additional time. The parties stipulate that the foregoing justifies an exclusion of time between October 12, 2011 and

STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE...

1  December 6, 2011, within which the trial of this case must be commenced, pursuant to the provisions

2  of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time

3  for defense counsel to prepare and continuity of counsel).

Dated: October 12, 2011　　　　　　　　　　/s/ David W. Dratman
　　　　　　　　　　　　　　　　　　　　　　DAVID W. DRATMAN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ALBERTO ARELLANES FELIX


Dated: October 12, 2011　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jason Hitt*
　　　　　　　　　　　　　　　　　　　　　　　 JASON HITT
　　　　　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　 *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from October 12, 2011 to and including December 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

It is so ordered.

Dated: October 13, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT