DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ALBERTO ARELLANES FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO ARELLANES FELIX,<br><br>Defendant. | CR-S-07-0099 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING, RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney; and, Alberto Arellanes Felix, through his attorney, David W. Dratman, that the hearing scheduled for October 18, 2011 shall be continued to February 7, 2012 at 9:15 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | January 3, 2012 |
| Government's Opposition due: | January 24, 2012 |
| Defendant's Reply due: | January 31, 2012 |
| Non-Evidentiary Hearing: | February 7, 2012 at 9:15 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through October 18, 2011 Defense counsel has had other matters in trial and/or in trial preparation; and, as a result counsel has been behind on filing the motions in this case which requires additional time. The parties stipulate that the foregoing justifies an exclusion of time between October 18, 2011 and

1  February 7, 2012, within which the trial of this case must be commenced, pursuant to the provisions
2  of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time
3  for defense counsel to prepare and continuity of counsel).

4  Dated:  November 29, 2011                         /s/ David W. Dratman
                                                    DAVID W. DRATMAN
5                                                   Attorney for Defendant
                                                    ALBERTO ARELLANES FELIX

7  Dated:  November 29, 2011                        BENJAMIN B. WAGNER
                                                    UNITED STATES ATTORNEY

9                                                   By: /s/ Jason Hitt*
                                                       JASON HITT
10                                                     Assistant U.S. Attorney
                                                       *Signed with permission

12                                           ORDER

13       The Court, having considered the stipulation of the parties, and good cause appearing
14  therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of
15  the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel
16  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
17  The Court specifically finds that the ends of justice served by the granting of such continuance
18  outweigh the interests of the public and that the time from October 18, 2011 to and including
19  February 7, 2012, shall be excluded from computation of time within which the trial of this case must
20  be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to
21  prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
22       It is so ordered.
23  Dated: December 1, 2011

                                                    _____
                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT