

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ALBERTO ARELLANES FELIX,

    Defendant.
_____/

CR. S-07-0099 LKK

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ALBERTO ARELLANES FELIX, Case No. CR. S-07-0099 LKK, Charge 21 U.S.C. § 841(a) (1) - Possession with Intent to Distribute Heroin, from custody subject to the conditions as stated in open Court on March 27, 2012:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

__X__  (Other) [Defendant sentenced to TIME SERVED - Judgment and Commitment to be issued].

Issued at Sacramento, CA on March 27, 2012 at 10:00 a.m.

Dated: March 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FELIX, ALBERTO.wpd     2